UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-367-MOC

| | |
|---|---|
| V.R. KING CONSTR., LLC, | )<br>)<br>) |
| Appellant,<br>vs. | )<br>)<br>) |
| Y2 YOGA COTSWOLD, LLC, | ) **ORDER**<br>)<br>) |
| Appellee. | )<br>) |

**THIS MATTER** is before the Court on a Motion for Voluntary Dismissal of Appeal, filed by Appellant, filed pursuant to Federal Rules of Civil Procedure 42(b). (Doc. No. 3). The Court **GRANTS** the motion. Appellant's appeal is dismissed without prejudice.

**IT IS SO ORDERED.**

Signed: December 10, 2021

Max O. Cogburn Jr
United States District Judge